# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SARAH G. GORENA, | CASE NO. C17-532 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court, upon receipt and review of the parties' Joint Stipulated Motion for Extension of Case Deadline (Dkt. No. 14), DENIES the motion. The parties are free to mediate at any time, but mediation is not good cause for a continuance of their case schedule.

The clerk is ordered to provide copies of this order to all counsel.

Filed: December 19, 2017.

                <u>William M. McCool</u>
                Clerk of Court

                <u>s/Paula McNabb</u>
                Deputy Clerk