UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARAH G. GORENA,<br><br>                     Plaintiff,<br><br>    v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>                     Defendant. | CASE NO. C17-532 MJP<br><br>ORDER ON MOTION FOR PROTECTIVE ORDER |

The above-entitled Court, having received and reviewed:

1. Defendant's Motion for Protective Order (Dkt. No. 16);

2. Plaintiff's Response to Defendant's Motion for Protective Order (Dkt. No. 19);

3. Defendant's Reply in Support of Motion for Protective Order (Dkt. No. 23);

4. Joint Notice re: Partial Resolution of Discovery Dispute (Dkt. No. 24);

all attached declarations and exhibits; and other relevant portions of the record, rules as follows:

IT IS ORDERED that the motion is PARTIALLY GRANTED and PARTIALLY DENIED.

1       The motion is DENIED as to Requests for Production Nos. 10 and 21, as follows: Within seven (7) days of the filing of this order, Plaintiff shall prepare and present to Defendant a list of abbreviations that cannot be understood. Defendant has seven (7) days from the receipt of that list to provide explanations for the abbreviations.

      The remainder of Defendant's motion for protective order is GRANTED, to the extent it has not been rendered unnecessary by the parties' Partial Resolution of Discovery Dispute (as described in Dkt. No. 24).

      The clerk is ordered to provide copies of this order to all counsel.

Dated: February 5, 2018.

*[signature]*

Marsha J. Pechman
United States District Judge