Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARAH G. GORENA,<br><br>            Plaintiff,<br><br>   v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>            Defendant. | NO. 2:17-cv-00532-MJP<br><br>STIPULATION AND ORDER EXTENDING THE DEADLINE FOR PLAINTIFF TO FILE A MOTION FOR ATTORNEYS' FEES AND COSTS |

## I. STIPULATION

Plaintiff Gorena and Defendant Aetna Life Insurance Company, by and through their undersigned counsel of record, stipulate to extend the time for Plaintiff to file her Motion for Attorneys' Fees and Costs to June 7, 2018. The parties are exploring whether they can reach an agreement to avoid the necessity of such a motion. The parties will notify the Court by May 31, 2018 as to whether they are able to enter into a stipulation regarding attorneys' fees and costs in this matter.

DATED: May 17, 2018.

| | |
|---|---|
| MEGAN E. GLOR ATTORNEYS AT LAW | LANE POWELL PC |
| *s/Megan E. Glor* (*per e-mail authorization*) | *s/David W. Howenstine* (*per e-mail authorization*) |
| Megan E. Glor (OSB #930178) | David W. Howenstine (WSBA #41216) |
| *(*Admitted *pro hac vice)* | 1420 Fifth Avenue, Suite 4200 |
| 707 NE Knott Street, Suite 101 | Seattle, WA 98111-9402 |
| Portland, OR 97212 | Tel. (206) 223-7000 |
| Tel. (503) 223-7400 | howenstined@lanepowell.com |
| megan@meganglor.com | Attorneys for Defendant |
| —and— | |

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER

*s/Eleanor Hamburger*
Eleanor Hamburger (WSBA #26478)
Richard E. Spoonemore (WSBA #21833)
701 Fifth Avenue, Suite 2560
Seattle, WA  98104
Tel. (206) 223-0303
ehamburger@sylaw.com
rspoonemore@sylaw.com
Attorneys for Plaintiff

## II.  ORDER

IT IS SO ORDERED.  The Court GRANTS the parties' stipulation and ORDERS that the deadline for plaintiff to move for attorneys' fees and costs be June 7, 2018.  The parties shall notify the Court by no later than May 31, 2018 if a stipulation regarding attorneys' fees and costs may be reached.

DATED:  May  _17_, 2018.

The Honorable Marsha J. Pechman
United States Senior District Court Judge

# CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

- **Megan E. Glor**
  megan@meganglor.com

- **Eleanor Hamburger**
  ehamburger@sylaw.com, matt@sylaw.com, theresa@sylaw.com

- **David W. Howenstine**
  howenstined@lanepowell.com, rosenkranzl@lanepowell.com, docketing-SEA@lanepowell.com

- **Richard E. Spoonemore**
  rspoonemore@sylaw.com, matt@sylaw.com, rspoonemore@hotmail.com, theresa@sylaw.com

I further certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

- (No manual recipients)

DATED: May 17, 2018, at Seattle, Washington.

                                    *s/ Eleanor Hamburger*
                                    Eleanor Hamburger (WSBA #26478)