# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SARAH G. GORENA, | CASE NO. C17-532 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court is in receipt of Defendant Aetna's Motion for Clarification or, in the Alternative, for Partial Reconsideration. (Dkt. No. 43.) Prior to issuing a ruling on that motion, the Court calls for a response from Plaintiff; said response shall not exceed six (6) pages and shall be filed with the Court no later than **May 31, 2018**. Unless requested by the Court, no reply brief is required from Defendant.

1     The clerk is ordered to provide copies of this order to all counsel.

2     Filed May 23, 2018.

                                        William M. McCool
                                        Clerk of Court

                                        s/Paula McNabb
                                        Deputy Clerk