THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SARAH G. GORENA,

                Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY,

                Defendant.

Case No. 2:17-cv-00532-MJP

**STIPULATION REGARDING DEADLINE TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS**

NOTE ON MOTION CALENDAR:
June 7, 2018

As previously advised, Plaintiff Sarah Gorena and Defendant Aetna Life Insurance Company have reached a settlement in principle regarding Ms. Gorena's request for an award of attorney's fees and costs. The parties are in the process of preparing settlement paperwork. In the interim, the parties stipulate and respectfully ask the Court to extend the deadline for Ms. Gorena to file any motion for attorneys' fees and costs from June 7, 2018 until 7 days after the Court rules on the pending motion for clarification or partial reconsideration (Dkt. 43).

DATED: June 7, 2018

| MEGAN E. GLOR ATTORNEYS AT LAW | LANE POWELL PC |
|---|---|
| *s/ Megan E. Glor* | *s/ David W. Howenstine* |
| (per e-mail authorization) | David W. Howenstine (WSBA #41216) |
| Megan E. Glor (OSB #930178) | 1420 Fifth Avenue, Suite 4200 |
| *(*Admitted *pro hac vice)* | Seattle, WA 98111-9402 |
| 707 NE Knott Street, Suite 101 | Telephone: (206) 223-7000 |
| Portland, OR 97212 | howenstined@lanepowell.com |
| Telephone: (503) 223-7400 | |
| megan@meganglor.com | Attorneys for Defendant |

STIPULATION REGARDING DEADLINE TO FILE MOTION FOR
ATTORNEYS' FEES AND COSTS
(Case No. 2:17-cv-00532-MJP) - 1

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER

   *s/ Eleanor Hamburger*
Eleanor Hamburger (WSBA #26478)
Richard E. Spoonemore (WSBA #21833)
701 Fifth Avenue, Suite 2560
Seattle, WA 98104
Telephone: (206) 223-0303
ehamburger@sylaw.com
rspoonemore@sylaw.com


Attorneys for Plaintiff


**<u>ORDER</u>**

IT IS SO ORDERED. The Court GRANTS the parties' stipulation and ORDERS that the deadline for Plaintiff to file a motion for attorneys' fees and costs is extended to 7 days after the Court's decision on the pending motion for clarification or, in the alternative, for partial reconsideration (Dkt. 43).

DATED this _7th_ day of __June__, 2018.

The Honorable Marsha J. Pechman
United States Senior District Court Judge

# **CERTIFICATE OF SERVICE**

The undersigned certifies under penalty of perjury under the laws of the State of Washington and the United States, that on the date listed below, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following:

Eleanor Hamburger
Richard E. Spoonemore
Sirianni Youtz Spoonemore Hamburger
701 Fifth Avenue, Suite 2560
Seattle, WA 98104
Email: ehamburger@sylaw.com
rspoonemore@sylaw.com

Megan E. Glor
Megan E. Glor Attorneys at Law
707 NE Knott Street, Suite 101
Portland OR 97212
Email: megan@meganglor.com

DATED: June 7, 2018.

                                          *s/ David Howenstine*
                                          David Howenstine