UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARAH G. GORENA, | CASE NO. C17-532 MJP |
| Plaintiff, | ORDER ON MOTION FOR CLARIFICATION |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

The above-entitled Court, having received and reviewed:

1. Aetna's Motion for Clarification or, in the Alternative, for Partial Reconsideration (Dkt. No. 43);

2. Plaintiff's Response to Aetna's Motion for Clarification or, in the Alternative, for Partial Reconsideration (Dkt. No. 45);

all attached declarations and exhibits, and relevant portions of the record, rules as follows:

IT IS ORDERED that Defendant's motion is GRANTED; the Court will file an Amended Order on Cross-Motions for Summary Judgment and an Amended Judgment clarifying that Defendant's obligation with regards to any continued payments to Plaintiff is "subject to the terms and conditions of the Plan."

The clerk is ordered to provide copies of this order to all counsel.

Dated June 15, 2018.

The Honorable Marsha J. Pechman
United States Senior District Court Judge