THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SARAH G. GORENA,

                Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY,

                Defendant.

Case No. 2:17-cv-00532-MJP

**STIPULATION RE: RESOLUTION OF DISPUTE OVER FEES AND COSTS**

NOTE ON MOTION CALENDAR:
June 22, 2018

    Plaintiff Sarah Gorena and Defendant Aetna Life Insurance Company advise the Court they have resolved their dispute regarding Plaintiff's request for payment of her attorney's fees and costs in connection with this litigation.

    Without any admission or waiver of the parties' disputed positions regarding appropriateness or reasonableness, the parties hereby stipulate to entry of an award of $166,889.50 in full and final resolution of any and all claims on behalf of Plaintiff for potential recovery of attorneys' fees and costs in this matter as of the date of the stipulation. The parties agree that payment shall be made on behalf of Aetna by one or more checks to plaintiff's counsel within 21 days after entry of an order approving this stipulation and receipt of appropriate W-9(s) and payment instructions from plaintiff's counsel.

    Nothing in this stipulation constitutes, or should be interpreted as, an admission of liability or an admission that attorneys' fees and costs are appropriate or reasonable in this matter. In addition, nothing in this stipulation should be construed as a waiver of Aetna's right to

STIPULATION RE: RESOLUTION OF DISPUTE OVER FEES AND COSTS
(Case No. 2:17-cv-00532-MJP) - 1
005583.0217/7347126.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

challenge the Court's orders and judgment in favor of Ms. Gorena.

DATED: June 22, 2018

| MEGAN E. GLOR ATTORNEYS AT LAW | LANE POWELL PC |
|---|---|
| *s/ Megan E. Glor* <br> (per e-mail authorization) <br> Megan E. Glor (OSB #930178) <br> *(Admitted pro hac vice)* <br> 707 NE Knott Street, Suite 707 <br> Portland, OR  97212 <br> Telephone:  (503) 223-7400 <br> megan@meganglor.com | *s/ David W. Howenstine* <br> David W. Howenstine (WSBA #41216) <br> 1420 Fifth Avenue, Suite 4200 <br> Seattle, WA 98111-9402 <br> Telephone:  (206) 223-7000 <br> howenstined@lanepowell.com <br><br> Attorneys for Defendant |

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER

Eleanor Hamburger (WSBA #26478)
Richard E. Spoonemore (WSBA #21833)
701 Fifth Avenue, Suite 2560
Seattle, WA  98104
Telephone:  (206) 223-0303
ehamburger@sylaw.com
rspoonemore@sylaw.com

Attorneys for Plaintiff

## **ORDER**

IT IS SO ORDERED.  The parties' stipulation is approved.  Pursuant to the stipulation, the Court enters an award of fees and costs in the amount of $166,889.50 in full and final resolution of any and all claims on behalf of Plaintiff for potential recovery of attorneys' fees and costs in this matter as of the date of the stipulation.

DATED this ____ day of _____, 2018.

_____
Honorable Marsha J. Pechman
United States District Court Judge

STIPULATION RE: RESOLUTION OF DISPUTE OVER FEES AND COSTS
(Case No. 2:17-cv-00532-MJP) - 2
005583.0217/7347126.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

# **CERTIFICATE OF SERVICE**

The undersigned certifies under penalty of perjury under the laws of the State of Washington and the United States, that on the date listed below, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following:

Eleanor Hamburger
Richard E. Spoonemore
Sirianni Youtz Spoonemore Hamburger
701 Fifth Avenue, Suite 2560
Seattle, WA 98104
Email: ehamburger@sylaw.com
          rspoonemore@sylaw.com

Megan E. Glor
621 SW Morrison Street, Suite 900
Portland OR 97205
Email: megan@meganglor.com

DATED this 22nd day of June, at Seattle, Washington.

*s/ Lou Rosenkranz*
Lou Rosenkranz, Legal Assistant

STIPULATION RE: RESOLUTION OF DISPUTE OVER FEES AND COSTS
(Case No. 2:17-cv-00532-MJP) - 3

005583.0217/7347126.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107