THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARAH G. GORENA,<br><br>                      Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>                      Defendant. | Case No. 2:17-cv-00532-MJP<br><br>**STIPULATION RE: RESOLUTION OF DISPUTE OVER FEES AND COSTS**<br><br>NOTE ON MOTION CALENDAR:<br>June 22, 2018 |

Plaintiff Sarah Gorena and Defendant Aetna Life Insurance Company advise the Court they have resolved their dispute regarding Plaintiff's request for payment of her attorney's fees and costs in connection with this litigation.

Without any admission or waiver of the parties' disputed positions regarding appropriateness or reasonableness, the parties hereby stipulate to entry of an award of $166,889.50 in full and final resolution of any and all claims on behalf of Plaintiff for potential recovery of attorneys' fees and costs in this matter as of the date of the stipulation. The parties agree that payment shall be made on behalf of Aetna by one or more checks to plaintiff's counsel within 21 days after entry of an order approving this stipulation and receipt of appropriate W-9(s) and payment instructions from plaintiff's counsel.

Nothing in this stipulation constitutes, or should be interpreted as, an admission of liability or an admission that attorneys' fees and costs are appropriate or reasonable in this matter. In addition, nothing in this stipulation should be construed as a waiver of Aetna's right to

challenge the Court's orders and judgment in favor of Ms. Gorena.

DATED: June 22, 2018

MEGAN E. GLOR ATTORNEYS AT LAW

   *s/ Megan E. Glor*
(per e-mail authorization)
Megan E. Glor (OSB #930178)
*(*Admitted *pro hac vice)*
707 NE Knott Street, Suite 707
Portland, OR 97212
Telephone: (503) 223-7400
megan@meganglor.com

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER

Eleanor Hamburger (WSBA #26478)
Richard E. Spoonemore (WSBA #21833)
701 Fifth Avenue, Suite 2560
Seattle, WA 98104
Telephone: (206) 223-0303
ehamburger@sylaw.com
rspoonemore@sylaw.com

Attorneys for Plaintiff

LANE POWELL PC

   *s/ David W. Howenstine*
David W. Howenstine (WSBA #41216)
1420 Fifth Avenue, Suite 4200
Seattle, WA 98111-9402
Telephone: (206) 223-7000
howenstined@lanepowell.com

Attorneys for Defendant

## **ORDER**

IT IS SO ORDERED. The parties' stipulation is approved. Pursuant to the stipulation, the Court enters an award of fees and costs in the amount of $166,889.50 in full and final resolution of any and all claims on behalf of Plaintiff for potential recovery of attorneys' fees and costs in this matter as of the date of the stipulation.

DATED this _26th_ day of __June__, 2018.

                                              The Honorable Marsha J. Pechman
                                              United States Senior District Court Judge

# **CERTIFICATE OF SERVICE**

The undersigned certifies under penalty of perjury under the laws of the State of Washington and the United States, that on the date listed below, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following:

> Eleanor Hamburger
> Richard E. Spoonemore
> Sirianni Youtz Spoonemore Hamburger
> 701 Fifth Avenue, Suite 2560
> Seattle, WA 98104
> Email: ehamburger@sylaw.com
>       rspoonemore@sylaw.com
>
> Megan E. Glor
> 621 SW Morrison Street, Suite 900
> Portland OR 97205
> Email: megan@meganglor.com

DATED this 22nd day of June, at Seattle, Washington.

*s/ Lou Rosenkranz*
Lou Rosenkranz, Legal Assistant